1  Gregory K. Nelson, Esq., CSB No. 203029
2  nelson@weeksnelson.com
3  Chandler G. Weeks, Esq., CSB No. 245503
   cgw@weeksnelson.com
4  WEEKS NELSON
5  462 Stevens Avenue, Suite 310
   Solana Beach, CA 92075
6  Telephone:  (858) 794-2140
7  Email:  office@weeksnelson.com
   **Attorneys for Plaintiffs, Red.com, Inc.**
8

9  Lawrence Hadley CSB No. 157728
10 lhadley@mckoolsmithhennigan.com
   MCKOOL SMITH P.C.
11 300 South Grand Ave, Suite 2900
12 Los Angeles, CA  90071
   Telephone: (213) 694-1135 Fax: (213) 694-1234
13

14 Theodore Stevenson, III (Admitted *pro hac vice*)
15 tstevenson@mckoolsmith.com
   David Sochia (Admitted *pro hac vice*)
16 dsochia@mckoolsmith.com
17 MCKOOL SMITH P.C.
   300 Crescent Court, Suite 1500
18 Dallas, TX 75201
19 Telephone: (214) 978-4000, Fax: (214) 978-4044
   **Attorneys for Defendants Nokia USA Inc. and Nokia Technologies, Ltd.**
20

21              UNITED STATES DISTRICT COURT
22        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
23

| | |
|---|---|
| RED.COM, INC. dba RED DIGITAL CAMERA, a Washington corporation, | Case No.:  8:16-cv-00594 MWF JC |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| NOKIA USA, INC., a Delaware | |

corporation, and NOKIA TECHNOLOGIES, LTD., an unknown corporate entity,

    Defendants

Plaintiff, RED.COM, INC. dba RED DIGITAL CAMERA, and Defendant, NOKIA USA, Inc., and NOKIA TECHNOLOGIES, Ltd, hereby jointly move for dismissal, with prejudice, of this action in its entirety, with the parties to bear their own respective costs and attorneys' fees in this action.

DATED: January 26, 2017    Respectfully submitted,

    WEEKSNELSON

    */s/ Gregory K. Nelson*
    Gregory K. Nelson
    *Attorney for Plaintiff,*
    RED.COM, INC. dba RED DIGITAL CINEMA

DATED: January 26, 2017    McKOOL SMITH HENNIGAN, P.C.

    */s/ Lawrence M. Hadley*
    Lawrence Hadley CSB No. 157728
    *Attorneys For Defendants,*
    Nokia USA Inc., and Nokia Technologies, Ltd.

Pursuant to Local Rule 5-4.3.4(a), the filer attests that the above signatory agrees to the filing of this document.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 26, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

*/s/ Gregory K. Nelson*
Gregory K. Nelson