JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED.COM, INC. dba RED DIGITAL CAMERA, a Washington corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>NOKIA USA, INC., a Delaware corporation, and NOKIA TECHNOLOGIES, LTD., an unknown corporate entity,<br><br>    Defendants | Case No.: 8:16-cv-00594 MWF JC<br><br>ORDER FOR DISMISSAL |

This case having come before this Court, upon the pleadings, and it being represented to the Court that Plaintiff, Red.com, Inc. ("Plaintiff") and Defendants, Nokia USA, Inc. and Nokia Technologies, LTD. ("Defendants"), have settled their differences with respect to the matters in dispute by way of a separate confidential agreement between the parties.  On the consent of the parties and their attorneys, and good cause having been shown,

… … …

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED:

That all claims of Plaintiff, Red.com, Inc., and Defendants, Nokia USA, Inc. and Nokia Technologies, LTD., are dismissed with prejudice.

DATED: January 27, 2017      _____

U.S. DISTRICT COURT JUDGE